Declerk

# United States Court of Appeals ch DOCKETED

For the Seventh Circuit
Chicago, Illinois 60604

AUG 1 3 2003

August 8, 2003

*Before*

**FILED**

AUG 1 2 2003

Hon. RICHARD A. POSNER, *Circuit Judge* MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| STEVEN MANNING,<br>        Plaintiff-Appellee,<br><br>No. 03-1762                    v.<br><br>GARY MILLER, Federal Bureau<br>of Investigation Agent, and<br>ROBERT BUCHAN, Federal Bureau of<br>Investigation Agent,<br>        Defendants-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 02 C 372<br>]<br>] Matthew F. Kennelly,<br>]        Judge.<br>] |

The following are before the court:

1.  APPELLANTS' EMERGENCY MOTION FOR A STAY OF
    DISCOVERY PENDING THE DISPOSITION OF THIS APPEAL,
    filed on July 23, 2003, by counsel for the appellants.

2.  RESPONSE TO APPELLANTS' EMERGENCY MOTION TO STAY,
    filed on July 30, 2003, by counsel for the appellee.

3.  APPELLANTS' REPLY ON EMERGENCY MOTION FOR A STAY
    OF DISCOVERY PENDING THE DISPOSITION OF THIS APPEAL,
    filed on August 1, 2003, by counsel for the appellants.

IT IS ORDERED that #1 is GRANTED.  Discovery shall be STAYED
pending disposition of this appeal.

IT IS FURTHER ORDERED that this appeal shall be expedited.
Accordingly, motions for extension of time shall not be granted absent
extraordinary circumstances and oral argument shall be scheduled as soon as this
court's docket permits.

60